SALLIE COUNCIL v. DICKERSON'S, INC.

(Filed 18 April, 1951.)

APPEAL by defendant from *Bone, J.,* at the February Term, 1951, of WAKE.

Civil action to recover damages for actionable negligence heard upon motion to strike allegations from complaint.

This is a companion case to the action this day decided entitled *Mrs. T. C. Council versus Dickerson's, Inc.* The plaintiff, who was riding in the automobile belonging to Mrs. T. C. Council, sued the defendant for damages for personal injury allegedly sustained by her in the same acci-

dent. She couched her complaint in practically the same language as that employed in the complaint in the *Mrs. T. C. Council case,* and the defendant moved to strike therefrom allegations virtually identical with those set out in its motion in the *Mrs. T. C. Council case.* The presiding judge made rulings on the motion similar to those made in the *Mrs. T. C. Council case,* and the defendant appealed, assigning such rulings as error.

*Simms & Simms and John M. Simms for plaintiff, appellee.*
*Bickett & Banks for defendant, appellant.*

ERVIN, J.  For the reasons stated in the *Mrs. T. C. Council case,* this cause is remanded to the Superior Court of Wake County with directions that an order be entered striking out the three portions of paragraph 5 of the complaint designated with particularity in the defendant's motion.

Error and remanded.